## BELAND v. STATE.
No. 23757.

Court of Criminal Appeals of Texas.
June 11, 1947.

No appearance for appellant.

Alfred M. Clyde, Crim. Dist. Atty., Ardell M. Young, Asst. Crim. Dist. Atty., and W. E. Myres, Asst. Crim. Dist. Atty., all of Fort Worth, and Ernest S. Goens, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appeal is from a conviction for the offense of theft of property of the value of $50 or over, with a penalty assessed of three years in the penitentiary.

The record as brought forward contains neither bills of exception nor a statement .of facts. There are no exceptions to the charge of the court. No question of procedure is raised by the appeal and nothing is presented for our consideration.

The judgment of the trial court is affirmed.